UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**RONALD BOOKER, JR.,**

Defendant.

Criminal Action No. **05cr280**
(CKK)

**ORDER**
(November 1, 2010)

This case is before the Court upon the receipt of a Second Report and Recommendation

dated October 5, 2010, from Magistrate Judge John Facciola. No objections to the Magistrate

Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this ⸺ day of November, 2010,

**ORDERED** that the Second Report and Recommendation filed on October 5, 2010, in

the above-captioned case is **ADOPTED**. Accordingly, Defendant's supervised release is hereby

revoked. <u>A sentence shall be addressed and imposed at a Court hearing on December 1, 2010, at</u>

<u>3:00 p.m. in Courtroom 28-A</u>.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Michell Baer, Esq.
David Kent, AUSA
Michael Segal, US Probation Officer
Magistrate Judge John Facciola
Pretrial Services